**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 25 2015



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10230 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00085-NVW |
| v. | |
| MARGARITO CENISEROS ROSALES, a.k.a. Margaro Rosales Cenisero, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted February 17, 2015**

Before:  O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Margarito Ceniseros Rosales appeals from the district court's judgment and

challenges his guilty-plea conviction and 24-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Ceniseros Rosales's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ceniseros Rosales the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ceniseros Rosales waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**